UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH SANCHEZ, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>CRUNCH GYM, a business of unknown form; LJZ MURRIETA LLC, a California limited liability company; and Does 1-10,<br><br>Defendants. | Case No.: 8:18-cv-02138-JLS-KESx<br><br>Judge: Hon. Josephine L. Staton<br>Courtroom: 10A<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

Defendants CRUNCH GYM; and LJZ MURRIETA LLC (collectively, "Defendants") on one hand, and Plaintiff JOSEPH SANCHEZ ("Plaintiff"), on the other hand, stipulated, through their respective attorneys of record, pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(II), that all claims and demands asserted by Plaintiff in this action shall be dismissed with prejudice, and that each party to bear their own costs and attorney fees. Therefore, IT IS HEREBY ORDERED that all claims and demands asserted by Plaintiff in this action shall be and hereby are DISMISSED WITH PREJUDICE.

DATED: October 03, 2019

_____

Hon. Josephine L. Staton
UNITED STATES DISTRICT JUDGE